Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−24039−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nancy Marie Fuess
   aka Nancy Taylor Fuess
   16 Robert Circle
   Metuchen, NJ 08840

Social Security No.:
   xxx−xx−8651

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/16/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 17, 2020
JAN: ghm

                                              Jeanne Naughton
                                              Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 19-24039-MBK
Nancy Marie Fuess                                               Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3         User: admin              Page 1 of 2              Date Rcvd: Sep 17, 2020
                             Form ID: 148             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2020.
db             +Nancy Marie Fuess,    16 Robert Circle,    Metuchen, NJ 08840-2230
518361026       Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
518361027      +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
518479765      +MTGLQ Investors, L.P.,    c/o Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518583602       MTGLQ Investors, L.P. c/o Shellpoint Mortgage Serv,    P.O. Box 10826,
                 Greenville, SC  29603-0826
518583603       MTGLQ Investors, L.P. c/o Shellpoint Mortgage Serv,    P.O. Box 10826,
                 Greenville, SC  29603-0826,    MTGLQ Investors, L.P. c/o Shellpoint Mor,    P.O. Box 10826,
                 Greenville, SC  29603-0826
518361030      +Ocwen Loan Servicing, LLC.,    Attn: Research Dept,    1661 Worthington Rd., Ste 100,
                 West Palm Beach, FL 33409-6493
518361031      +Ocwen Loan Servicing, LLC.,    3451 Hammond Ave,    Waterloo, IA 50702-5345
518361029      +Ocwen Loan Servicing, Llc,    1661 Worthington Rd,    West Palm Beach, FL 33409-6493
518361028      +Ocwen Loan Servicing, Llc,    Attn: Research/Bankruptcy,    1661 Worthington Road, Suite 100,
                 West Palm Beach, FL 33409-6493
518361033      +OneWest Bank Mortgage Servicing,    6900 Beatrice Dr,    Kalamazoo, MI 49009-9559
518361032      +OneWest Bank Mortgage Servicing,    Attn: Bankruptcy Dept, OneWest Bank, a d,    P.O. Box 7056,
                 Pasadena, CA 91109-7056
518361034      +RAS Citron, LLC,    130 Clinton Road,    Suite 202,    Fairfield, NJ 07004-2927
518361036     ++SETERUS INC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:   Seterus, Inc.,    14523 Sw Millikan Way St,    Beaverton, OR 97005)
518361037      +Specialized Loan Servicing,    8742 Lucent Blvd,    Suite 300,    Highlands Ranch, CO 80129-2386
518361038      +Specialized Loan Servicing, LLC,    8742 Lucent Blvd,    Suite 300,    Littleton, CO 80129-2386
518361039       TransUnion,    P.O. Box 2000,    Crum Lynne, PA 19022

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 18 2020 01:18:19      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 18 2020 01:18:15      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518361022      +EDI: WFNNB.COM Sep 18 2020 04:33:00      Comenity Bank/Overstock,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
518361023      +EDI: WFNNB.COM Sep 18 2020 04:33:00      Comenity Bank/Overstock,    Po Box 182120,
                 Columbus, OH 43218-2120
518361024      +E-mail/PDF: creditonebknotifications@resurgent.com Sep 18 2020 01:21:29      Credit One Bank,
                 Attn: Bankruptcy,    Po Box 98873,    Las Vegas, NV 89193-8873
518361025      +E-mail/PDF: creditonebknotifications@resurgent.com Sep 18 2020 01:21:29      Credit One Bank,
                 Po Box 98872,    Las Vegas, NV 89193-8872
518424573       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 18 2020 01:34:44      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518361035     ##+Seterus, Inc.,    Attn: Bankruptcy,    Po Box 1077,    Hartford, CT 06143-1077
                                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2020                                Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Sep 17, 2020
                              Form ID: 148             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2020 at the address(es) listed below:

```
           Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
           Albert   Russo    docs@russotrustee.com
           Denise E. Carlon    on behalf of Creditor   MTGLQ Investors, L.P. dcarlon@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           Elizabeth K. Holdren    on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing as
            servicer for MTGLQ Investors, LP eholdren@hillwallack.com,
            jhanley@hillwallack.com;hwbknj@hillwallack.com
           Justin M Gillman    on behalf of Debtor Nancy Marie Fuess ecf@gbclawgroup.com,
            R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com
           Kevin Gordon McDonald    on behalf of Creditor   MTGLQ Investors, L.P. kmcdonald@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```