Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  19–24039–MBK
        Chapter:  13
        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Nancy Marie Fuess
  aka Nancy Taylor Fuess
  16 Robert Circle
  Metuchen, NJ 08840

Social Security No.:
  xxx–xx–8651

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>December 28, 2020</u>        <u>Michael B. Kaplan</u>
                                          Judge, United States Bankruptcy Court